**FILED**

E-filing

JUL 14 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN A JOHNSON, )
    Plaintiff(s), )
                              )    No C 06-4178 VRW (PR)
vs                          )    ORDER OF DISMISSAL
ARNOLD SCHWARZENEGGER, et al, )    (Doc # 2)
    Defendant(s). )

      Plaintiff, a prisoner at California State Prison, Sacramento, has filed a pro se action under the Declaratory Judgment Act, 28 USC § 2201 ("DJA"), seeking "a determination of whether the state of California violated both state and federal bar against ex post facto, by refusing to acknowledge penal code section 667(a)(1), which requires that prior conviction(s) governed under this section be 'brought and tried separately,' even though the state uses these prior conviction(s) in its 'three strikes law.'"

      Plaintiff's action is DISMISSED without prejudice to his seeking relief by way of a petition for a writ of habeas corpus under 28 USC § 2254. Although DJA permits a federal court to declare the rights of a party whether or not further relief is or could be sought, a district court's exercise of jurisdiction under DJA is discretionary even when the suit otherwise satisfies subject matter jurisdictional prerequisites. See Wilton v Seven Falls Co, 515 US 277, 282 (1995). DJA does not impose a duty on the court to declare rights. See Government Employees Ins Co v Dizol, 133 F3d 1220, 1223 (9th Cir 1998).

Here, where the relief sought would necessarily implicate the invalidity of plaintiff's state court conviction, the court is satisfied that the constitutional and prudential concerns embraced by DJA are best served by plaintiff pursuing the relief he seeks in the habeas arena. See id at 1222-23.

For the foregoing reasons, plaintiff's request to proceed in forma pauperis (doc # 2) is DENIED and the action DISMISSED without prejudice.

The clerk enter judgment in accordance with this order, terminate all pending motions as moot, and close the file. No fee is due.

SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN A. JOHNSON,

      Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

      Defendant.
_____/

Case Number: CV06-04178 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John A Johnson E-89817
CSP-Sacramento
P O Box 290066-FB6105
Represa, CA 95671-0066

Dated: July 14, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk